UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
NO. 3:06CR450

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>)<br>)<br>)<br>v. )<br>)<br>Troy Warren, )<br>)<br>Defendant. )<br>) | ORDER<br>AMENDING<br>JUDGMENT |

The Court *sua sponte* amends the term of supervised release of DEFENDANT Troy Warren from nine (9) years to three (3) years. At Defendant's sentencing, the Court erroneously ordered Defendant to serve a term of supervised release of three (3) years on each of counts one, three and five to run ***consecutively*** for a total term of nine (9) years. (Doc. No. 27). The legally correct sentence is three (3) years on each of counts one, three, and five to run ***concurrently*** for a total term of three (3) years.

IT IS SO ORDERED.

Signed: February 4, 2020

Frank D. Whitney
Chief United States District Judge